UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,    CRIMINAL NO. 05-326 (DSD/JSM)

    Plaintiff,

ORDER

v.

BERVIN LASHON GRADY,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 29, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Searches and Seizure [Docket No. 14] is **DENIED**; and

2. Defendant's Motion to Suppress Statements [Docket No. 15] is **DENIED**.

Dated: December 12, 2005

                                              s/David S. Doty
                                              DAVID S. DOTY
                                              United States District Court Judge